IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 1:03cr34-DCB-001

RYNELL ROBERTO EVANS

### AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 262 months to 210 months;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 2nd day of MARCH, 2009.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_s/John A. Meynardie_         _/s/ George L. Lucas_
ASSISTANT U.S. ATTORNEY    DEFENSE COUNSEL